**Order entered August 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00717-CR

**FRANCISCO JAMES HURTADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81421-2012**

## ORDER

The Court **GRANTS** court reporter Niki D. Garcia's August 7, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Garcia to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/  DAVID EVANS
    JUSTICE